UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESMED ASIA PTE LTD. and RESMED EUROPEAN OPERATIONS BV,

Plaintiffs,

- against -

FEDEX LOGISTICS INC.,

Defendant.

25-CV-8779 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The last filing on the docket was entered on August 13, 2026. Fact discovery is set to close on November 24, 2026. (Dkt. 16.) The parties did not file the most recently required 90-day status report. Accordingly, the parties shall file a joint status report on **December 2, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2026
New York, New York

Copies transmitted this date to all counsel of record.